THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* RALPH PORRO, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN BEVACQUA, Appellant.

Submitted October 14, 1949; decided November 17, 1949.

*Isaac Rubin, Milton D. Jacobs* and *Albert M. Annunziata* for appellants.

*George M. Fanelli, District Attorney* (*George D. Burchell* of counsel), for respondent.

Judgments affirmed; no opinion. [See 300 N. Y. 628.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.